C. M. Messer, Plaintiff in Error, v. M. L. Dekle et al., Defendants in Error.

Writ of error to a judgment of the Circuit Court for Jackson County.

Thos. E. Walker, for Plaintiff in Error.

C. L. Wilson, for Defendant in Error.

PER CURIAM.—This cause having been submitted to the court upon the transcript of the record and brief of counsel for the respective parties, and the court having fully considered the same and finding no reversible error, it is considered, ordered and adjudged by the court that the judgment of the Circuit Court to which the writ of error was taken, be and the same is hereby affirmed at the cost of the plaintiff in error.